IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANTHONY T. FULLER, | ) |
| | ) |
| Plaintiff, | )   CV 24-00141 HG-RT |
| | ) |
| vs. | ) |
| | ) |
| STATE OF HAWAII, HONOLULU POLICE DEPARTMENT, VERONICA SEDENO, KAMUELA PETTUS, | ) |
| | ) |
| Defendants. | ) |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION (ECF No. 4) TO DENY APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS, AS MODIFIED**

Findings and Recommendation (ECF No. 4) having been filed and served on all parties on April 12, 2024, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendation is adopted as the opinion and order of this Court with the following modifications:

1. On Page 2, Paragraph 2, Lines 1-2, REPLACE "Plaintiff states that his income is $1,360.00 every two weeks or $32,640.00 annually ($1,360.00 x 24 = $32,640.00)" with "Plaintiff states that his income is $1,360.00 every two weeks or $35,360.00 annually ($1,360.00 x 26 = $35,360.00)."

2.  Plaintiff is GRANTED leave to remit the filing fee no later than Thursday, May 30, 2024. Failure to pay the filing fee by the deadline will result in AUTOMATIC DISMISSAL of this action.

IT IS SO ORDERED.

Dated:  Honolulu, Hawaii, April 30, 2024.

Helen Gillmor
United States District Judge

Anthony T. Fuller v. State of Hawaii, Honolulu Police Department, Veronica Sedeno, Kamuela Pettus; 24-cv-00141; **Order Adopting the Magistrate Judge's Findings and Recommendation (ECF No. 4) to Deny Application to Proceed in District Court Without Prepaying Fees or Costs, as Modified**