IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANTHONY T. FULLER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STATE OF HAWAII, HONOLULU POLICE DEPARTMENT, VERONICA SEDENO, KAMUELA PETTUS,<br><br>　　　　Defendants. | CIV. NO. 24-00141 HG-RT<br><br>**FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYING FEES** |

**FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYING FEES**

　　This is Plaintiff Anthony T. Fuller's ("Plaintiff") second application seeking to proceed in forma pauperis.  Plaintiff, proceeding pro se, filed his first *Application to Proceed in District Court without Prepaying Fees or Costs* ("First IFP Application") on March 28, 2024.  ECF No. 2.  On April 12, 2024, this Court recommended that Plaintiff's *First IFP Application* be denied because his monthly income was almost twice the amount of the poverty guideline for a one-person household.  ECF No. 4 at PageID.13.  The district court adopted this Court's recommendation with modifications and denied the *First IFP Application* on May 1, 2024.  ECF No. 5.  The district court granted Plaintiff leave to pay the filing fee

by May 30, 2024. *Id*. Plaintiff timely paid the filing fee by May 22, 2024. ECF No. 13.

On November 1, 2024, Plaintiff filed a second *Application to Proceed in District Court without Prepaying Fees of Costs* ("Second IFP Application"), which is presently before the Court. ECF No. 27. This time, Plaintiff indicates that he is now incarcerated at the Oahu Community Correctional Center and has no income. *Id*. It appears that Plaintiff's circumstances and financial situation has changed over time and thus, the Court finds it appropriate to consider Plaintiff's *Second IFP Application*. However, any ruling on the *Second IFP Application* shall not affect the district court's *Order Adopting the Magistrate Judge's Findings and Recommendation (ECF No. 4) to Deny Application to Proceed in District Court without Prepaying Fees or Costs, as Modified* ("Order Denying First IFP Application"), filed on May 1, 2024. ECF No. 5. The *First IFP Application* was based upon Plaintiff's financial situation at that time, and Plaintiff was indeed able to pay the filing fee as demonstrated by his prompt payment of the $405.00 fee on May 22, 2024. *See* ECF No. 13.

In considering the *Second IFP Application*, the Court notes that because Plaintiff is now incarcerated, he is subject to 28 U.S.C. § 1915(a)(2). The statute requires that:

> A prisoner seeking to bring a civil action or appeal a judgment in a civil action or proceeding without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a

2

certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined.

28 U.S.C. § 1915(a)(2).  However, Plaintiff has not submitted the required documents for the Court to consider whether Plaintiff should be permitted to proceed in forma pauperis while incarcerated.  Accordingly, the Court cannot find or recommend that Plaintiff should be permitted to proceed *in forma pauperis*.

After careful review of the *Second IFP Application*, the Court elects to determine this matter without a hearing pursuant to Rule 7.1(d) of the *Local Rules of Practice for the United States District Court for the District of Hawaii* ("Local Rules").

## **CONCLUSION**

Based upon Plaintiff's failure to provide the required "certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined[,]" the Court **FINDS** that Plaintiff has not sufficiently demonstrated entitlement to proceed *in forma pauperis*.  Accordingly, this Court **RECOMMENDS** that the district court **DENY** the *Second IFP Application* without prejudice.

IT IS SO FOUND AND RECOMMENDED.

DATED: Honolulu, Hawaii, November 13, 2024.



Rom A. Trader
United States Magistrate Judge

---

Civ. No. 24-00141 HG-RT;  *Anthony T. Fuller vs. State of Hawaii, et al.*;  Findings and Recommendation to Deny Plaintiff's Application to Proceed Without Prepaying Fees