IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

```
ANTHONY T. FULLER,              )   CV 24-00141 HG-RT
                                )
        Plaintiff,              )
                                )
    vs.                         )
                                )
STATE OF HAWAII; HONOLULU       )
POLICE DEPARTMENT; VERONICA     )
SEDENO; KAMUELA PETTUS,         )
                                )
        Defendants.             )
                                )
```

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S APPLICATION TO
PROCEED WITHOUT PREPAYING FEES (ECF No. 31)

The Findings and Recommendation having been filed and served on all parties on November 13, 2024, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendation to Deny Plaintiff's Application to Proceed Without Prepaying Fees (ECF No. 31) is adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, December 4, 2024.

Helen Gillmor
United States District Judge